# EXHIBIT A

Case No.: CV-002833-21/RI
Parker & Canter LLP
Conspicuous Service

### CIVIL COURT OF THE CITY OF NEW YORK
### COUNTY OF RICHMOND



**\*1257768\***

### AFFIDAVIT OF SERVICE

Index no : **CV-002833-21/RI**
Date of Purchase: **06/10/2021**
Office No:

| | |
|---|---|
| Plaintiff(s): | **JEFFERSON CAPITAL SYSTEMS, LLC** |
| Defendant(s): | **JOHANNA YORRO** |

STATE OF NEW YORK COUNTY OF NASSAU          ss.:

I Mahmoud Nassar being duly sworn deposes and says I am over the age of 18 and reside in New York State

On **07/02/2021** at **8:29 PM**, at                                                                      , deponent attempted to
make personal service of a true copy of the **SUMMONS AND FORMAL COMPLAINT** in the above entitled action
upon **JOHANNA YORRO** the **Defendant(s)** therein named.

Deponent made prior attempts to effect personal service upon the said **Defendant(s)** at the aforementioned address to
wit: **06/19/2021 at 4:31 PM, 06/24/2021 at 9:41 AM, 07/02/2021 at 8:29 PM**.

That personal service could not be made with due diligence upon the said **Defendant(s)** and therefore deponent on
**07/02/2021** at **8:29 PM** at the aforementioned address, served a true copy of the aforementioned document(s) herein
upon the said **Defendant(s), JOHANNA YORRO** by affixing same to the door of **Defendant(s)**, said residence, since
admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who
would receive same, true copies thereof, and on **07/07/2021** I deposited in the United States mail another true copy or
copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said
**Defendant(s)** at                                                              . That address being the last known
residence, usual place of abode of the Defendant(s).
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or
otherwise that said notice is from an attorney or concerns an action against the person to be served.

Comments: **As you enter building make a left and apartment 1H will be located at end of hall on left. Next door
apartment 1G. Door brown. Wall brown floor brown tiles.; Service completed pursuant to CPLR 308 (4)**

The index number and date of filing was endorsed on the documents at the time of service.

Sworn to and subscribed before me on
07/07/2021

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/23

x _____
Mahmoud Nassar
License#: 2066935
Progressive Legal Support
P.O. Box 85
Valley Stream, NY 11582
516-218-2050 Clerk: Clerk4