EXHIBIT B

INTEREST SHALL BE ACCRUED AT THE RATE OF 2.00%

# CIVIL COURT COUNTY OF RICHMOND

**INCOME EXECUTION**
**CONSUMER DEBT**

**INDEX NUMBER** 2833/21

*Income Execution*

**JUDGMENT CREDITOR(S)**
JEFFERSON CAPITAL SYSTEMS, LLC

Installments paid to.................................................
(date)

have satisfied the judgment to the extent of
$.................................................principal and
$.................................................interest
.................................................
County

**JUDGMENT DEBTOR(S)** Name and Last Known Address

JOHANNA YORRO

Returned to the judgment creditor or his
attorney on .................................because of
(date)

inability to find garnishee in the county.
.................................................
County

**ACCOUNT #:**

THE PEOPLE OF THE STATE OF NEW YORK

TO THE ENFORCEMENT OFFICER, GREETING: The enforcement Officer is the Sheriff, Marshal of the City or Constable of the Town or Village authorized by law to enforce Income Executions. A judgment was entered in the ( CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF RICHMOND ), ( 2833/21 ) in favor of the judgment creditor and the particulars are as follows:

| Entry Date | Judgment Amount | Judgment Due Amount | Plus Interest from | Transcript Filed | County Filed |
|---|---|---|---|---|---|
| 11/17/2022 | $1,793.83 | $1,793.83 | 11/17/2022 | | |

This Execution is issued against JOHANNA YORRO

, whose last known address is

whose Social Security Number is                    and who is or will receive a minimum of $396 as per Section I on the Reverse side.

## Notice to the Employer

**Employer:** BURDZY LAW PLLC

**Corporate Payroll Address:**
300 CADMAN PLAZA WEST
12TH FLOOR
BROOKLYN, NY 11201

**New York Service Address:**
300 CADMAN PLAZA WEST
BROOKLYN NY 11201

If **payroll** is **processed** by your **Corporate Office** please forward this garnishment to them.

If you require a **Social Security Number** to identify the judgment debtor, please contact Forster & Garbus at 1-800-245-9943, EXT 107

You are directed to satisfy the judgment with interest together with your fees and expenses, out of all monies now and hereafter due and owing to the Judgment Debtor from the Employer pursuant to CPLR sec 5231.

**Directions to Judgment Debtor:** You are notified and commanded immediately to start paying to the Enforcement Officer serving a copy of this INCOME EXECUTION on you: installments amounting to 10% (but no more than the Federal limits set forth in 1. Limitations on the amount that can be withheld, on attached)   of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation received or hereafter to be received from your Employer and to continue paying such Installments until the judgment with interest and the fees and expenses of this Income of Execution are fully paid and satisfied and if you fail to do so within 20 days of this Income Execution will be served upon the Employer by the Enforcement Officer.

**Directions to the Employer:** You are commanded  to withhold and pay over to the Enforcement Officer serving a copy of this INCOME EXECUTION on you; installments amounting to 10% (but no more than the Federal limits set forth in 1. Limitations on the amount that can be withheld, on attached    of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation now or hereafter becoming due to Judgment Debtor until the judgment with interest and the fees and expenses of this INCOME EXECUTION are fully paid and satisfied.

Tess E. Gunther / Michael DiGiaro / Michael Florio

**DATED:** 12/28/22

Attorney(s) for Judgment Creditor
Office and Post Office Address

Telephone: (631) 393-9400

Forster & Garbus LLP
2950 Express Drive South, Suite 100
P.O. Box 9013
Islandia N.Y. 11749

(Please note that we are required, under Federal Law, to advise you that we are debt collectors.  Any information we obtain will be used in attempting to collect this debt.)

INEX_COPY

Pursuant to subdivision (1) of section fifty-two hundred five of the Civil Practice Law and Rules, three thousand dollars of any account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in paragraph two of sub division (1) of section fifty-two hundred five of the Civil Practice Law Rules, is exempt from execution and that the garnishee cannot levy upon or restrain three thousand dollars in such account.

Further, pursuant to subdivision (1) of section fifty-two hundred twenty-two of the Civil Practice Law and Rules, an execution shall not apply to an amount equal to or less than ninety percent of the greater of two hundred forty times the federal minimum hour wage prescribed in Fair Labor Standards Act of 1938 or two hundred forty times the state minimum hourly wage prescribed in section sixhundred fifty-two of the labor law as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgement debtor and his or her dependents.

### APPENDIX A-REVISED

Notice of Judgment Debtor receiving income execution, This Income Execution directs the withholding of up to 10% of the judgment debtor's gross income. In certain cases, however, State or Federal Law does not permit the withholding of that much of the Judgment Debtor's gross income. The Judgment Debtor is referred to New York Civil Practice Law and Rules sect. 5231 and 15 United States Code Sect. 1671 et seq.

**I. LIMITATIONS ON THE AMOUNT THAT CAN BE WITHHELD:**

A. An income execution for installments from a Judgment Debtor's gross income cannot exceed ten percent (10%) of the Judgment Debtor's gross income.

B. No deductions can be made from the Judgment Debtor's earnings under this income execution if a Judgment Debtor's weekly disposable earnings are less than the greater of

(1) thirty (30) times the current federal minimum wage ($7.25 per hour or $217.50); or

(2) the New York State minimum wage of $13.20 per hour or $396.00 for Judgment Debtors who are NOT fast food employees in fast food establishments or are not employed in New York City or Westchester, Nassau or Suffolk Counties; or

(3) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments located in New York City and who are employed in New York City

(4) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments, and who are employed in Westchester, Nassau or Suffolk County.

(5) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments located in New York City.

(6) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments located outside New York City, or

(7) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located in New York City, or

(8) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located outside of the City of New York,

(9) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by the State University of New York,

(10) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed in businesses with ten (10) employees or less located in New York City.

C. A Judgment Debtor's weekly disposable earnings under this income execution cannot be reduced below the amount arrived at by multiplying thirty (30) times the greater of

(1) thirty (30) times the current federal minimum wage ($7.25 per hour or $217.50); or

(2) the New York State minimum wage of $13.20 per hour or $396.00 for Judgment Debtors who are NOT fast food employees in fast food establishments or are not employed in New York City or Westchester, Nassau or Suffolk Counties; or

(3) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments located in New York City and who are employed in New York City

(4) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments, and who are employed in Westchester, Nassau or Suffolk County.

(5) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments located in New York City.

(6) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments located outside New York City, or

(7) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located in New York City, or

(8) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located outside of the City of New York,

(9) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by the State University of New York,

(10) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed in businesses with ten (10) employees or less located in New York City.

D. If deductions are being made from a Judgment Debtor's earnings under any order of Alimony, Support or Maintenance for family members or former spouses, and those deductions equal or exceed twenty-five percent (25%) of the Judgment Debtor's disposable earnings, no deduction can be made from the Judgment Debtor's earnings under this income execution.

E. If deductions are being made from a Judgment Debtor's earnings under any order of Alimony, Support or Maintenance for family members or former spouses, and those deductions are less than twenty-five percent (25%) of the Judgment Debtor's disposable earnings, deductions may be made from the Judgment Debtor's earnings under this income execution. However, the amount arrived at by adding the deductions from earnings made under this execution to the deductions made from earnings under any orders of Alimony, Support or Maintenance for family members or former spouses cannot exceed twenty-five (25%) of the Judgment Debtor's disposable earnings. Note: Nothing in this notice limits the proportion or amount which may be deducted under any order for Alimony, Support or Maintenance for family members or former spouses.

**II. EXPLANATION OF LIMITATIONS**
**DEFINITIONS:**
**DISPOSABLE EARNINGS:**
Disposable earning are that part of an individual's earnings left after deducting those amounts that are required by law to be withheld (for example, Taxes, Social Security, and Unemployment Insurance, but not deductions for Union Dues, Insurance Plans, etc.)

**GROSS INCOME:**
Gross income is salary, wages or other income, including any and all overtime earnings, commissions, and income from trusts, before any deductions are made from such income.

**ILLUSTRATIONS:**
**IF DISPOSABLE EARNINGS IS:**

A. 30 times the greater of 1) thirty (30) times the current federal minimum wage ($7.25 per hour or $217.50) or (2) the New York State minimum wage of $13.20 per hour or $396.00 for Judgment Debtors who are NOT fast food employees in fast food establishments or are not employed in New York City or Westchester, Nassau or Suffolk Counties or (3) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments located in New York City and who are employed in New York City (4) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments and who are employed in Westchester County.(5) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments located in New York City. (6) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments located outside New York City, or
(7) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located in New York City, or (8) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located outside of the City of New York, (9) The New York State minimum wage of $15.00 per hour of $450.00 for Judgment Debtors who are employed by the State University of New York,(10) The New York State minimum Wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed in businesses with ten (10) employees or less located in New York City.

B. more than 30 times and less than 40 times the greater of (1) thirty (30) times the current federal minimum wage ($7.25 per hour or $217.50); or (2) the New York State minimum wage of $13.20 per hour or $396.00 for Judgment Debtors who are NOT fast food employees in fast food establishments or are not employed in New York City or Westchester, Nassau or Suffolk Counties; (3) the New York State minimum wage of $15.00 per hour $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments located in New York City and who are employed in New York City (4) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments, and who are employed in Westchester, Nassau or Suffolk County.(5) The New York State minimum wage of $15.00 per hour or $450 for Judgment Debtors who are fast food employees in fast food establishments located in New York City. (6) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments located outside New York City, or (7) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New
York State or agencies of the New York State Department of Law or Office of the Comptroller, located in New York City, or (8) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located outside of the City of New York, (9) The New York State minimum wage of $15.00 per hour of $450.00 for Judgment Debtors who are employed by the State University of New York, (10) The New York or Office York state minimum wage of $15.00 per hour or of $450.00 for Judgment Debtors who are employed in businesses with ten (10) employees or less located in New York City.

C. 40 times the greater of(1) the current federal minimum wage ($7.25 per hour per hour or $290.00); or (2) the New York State minimum wage of $13.20 per hour or $528.00 for Judgment Debtors who are NOT fast food employees in fast food establishments or are not employed in New York City or Westchester, Nassau or Suffolk Counties; or (3) the New York State minimum wage of $15.00 per hour or $600.00 for Judgment Debtors who are NOT fast food employees in fast food establishments located in New York City and who are employed in New York City (4) the New York State minimum wage of $15.00 per hour or $600.00 for Judgment Debtors who are NOT fast food employees in fast food establishments, and who are employed in Westchester, Nassau or Suffolk County.(5) The New York State minimum wage of $15.00 per hour or $600.00 for Judgment Debtors who are fast food employees in fast food establishments located in New York City.(6) the New York State minimum wage of $15.00 per hour or $600.00 for Judgment Debtors who are fast food employees in fast food establishments located outside New York City, or (7) The New York State minimum wage of $15.00 per hour or $600.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located in New York City, or (8) The New York State minimum wage of $15.00 per hour or $600.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located outside of the City of New York, (9) The New York State minimum wage of $15.00 per hour of $600.00 for Judgment Debtors who are employed by the State University of New York, (10) The New York State minimum wage of $15.00 per hour or $600.00 for Judgment Debtors who are employed in businesses with ten (10) employees or less located in New York City.

**III. NOTICE: YOU MAY BE ABLE TO CHALLENGE THIS INCOME EXECUTION THROUGH THE PROCEDURES PROVIDED IN CPLR SECT. 5231(I) AND SECT. 5240.**

If you think that the amount of your income being deducted under this Income Execution exceeds the amount permitted by State or Federal Law, you should act promptly because the money will be applied to the judgment. If you claim the amount of your income being deducted under this Income Execution exceeds the amount permitted by State or Federal Law, you should contact your employer or other person paying your income. Further, you may consult an attorney, including Legal Aid if you qualify. New York State Law provides two procedures through which an Income Execution can be challenged.

CPLR Sect. 5231 (i) Modification. At any time, the Judgment Debtor may make a Motion to a Court for an Order modifying an Income Execution.

CPLR Sect 5240 Modification or Protective Order: Supervision of Enforcement. At any time, the Judgment Debtor may make a Motion to a Court for an Order denying, limiting, conditioning, regulating, extending the use of any post-judgment enforcement procedures, including the use of income executions.

**AMOUNT TO PAY OR DEDUCT FROM EARNINGS UNDER THIS INCOME EXECUTION IS:**
No Payment or deduction allowed.

The lesser of the excess over the greater of: (1) thirty (30) times the current federal minimum wage ($7.25 per hour or $217.50); or (2) the New York State minimum wage of $13.20 per hour or $396.00 for Judgment Debtors who are NOT fast food employees in fast food establishments or are not or employed in New York City or Westchester, Nassau or Suffolk Counties, or (3) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments located in New York City and who are employed in New York City (4) the New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are NOT fast food employees in fast food establishments, and who are employed in Westchester, Nassau or Suffolk County. (5) the New York State minimum wage of $15.00 per hour of $450.00 for Judgment Debtors who are fast food employees in fast food establishments located in New York City. (6) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are fast food employees in fast food establishments locate outside New York City, or (7) The New York State minimum wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed by New York State or agencies of the New York State Department of the Comptroller, located in New York City, or (8) The New York State minimum Wage of $15.00 per hour or $450.00 for for Judgment Debtors who are employed by New York State or agencies of the New York State Department of Law or Office of the Comptroller, located outside of the City of New York, (9) The New York State Minimum wage of $15.00 per hour of $450.00 for Judgment Debtors who are employed by the State University of New York, (10) The New York State minimum Wage of $15.00 per hour or $450.00 for Judgment Debtors who are employed in Businesses with ten (10) employees or Less located in New York City, in disposable earnings or 10% of Gross earnings.

The lesser of 25% of disposable earnings or 10% of gross earnings



**RONALD MOSES**
BADGE NO. 10
**MARSHAL**
CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

Phone: (212) 349-4303
Fax: (212) 349-4309

January 4, 2023

YORRO, JOHANNA



**JUDGMENT CREDITOR**

JEFFERSON CAPITAL SYSTEMS,LLC
A/P/O CAPITAL ONE NATIONAL

VS

YORRO, JOHANNA

**JUDGMENT DEBTOR**

# NOTICE OF GARNISHMENT

Please take notice that a judgment has been entered against the above named judgment debtor. Pursuant to the **INCOME EXECUTION** delivered to me, you are required to make arrangements and have your first payment in my office within 20 days from the above date. Upon your default, a copy of this execution will be served upon any person (corporation, etc.) from whom you are receiving or will receive money and will result in additional costs to you.

```
JUDGMENT . . . . . . . .        $1,793.83
STATUTORY MARSHAL FEES             $0.00
POUNDAGE . . . . . . . .          $90.29
EXPENSE. . . . . . . . .           $7.64
INTEREST . . . . . . . .           $4.54

TOTAL. . . . . . . . . .        $1,896.30
```

IN ADDITION, INTEREST FROM 01/04/23 will be calculated on a daily basis, if applicable pursuant to the attached execution. You will be notified of the final balance due when your payments approach completion.

ALL PAYMENTS SHOULD BE MARKED
WITH YOUR NAME AND THIS DOCKET NUMBER:

Q425726

and be made payable to:

**RONALD MOSES**
City Marshal - Badge No.10